| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Facciola, John M. | 2. Court or Organization<br><br>District of Columbia | 3. Date of Report<br><br>06/13/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>E. Barrett Prettyman Courthouse<br>333 Constitution Avenue N.W.<br>Washington DC 20001 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/16/2011 | Georgetown University Approved Teaching at Foundations of American Law Program for foreign students | $600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2011 | Fairfax County School System Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Howard & Howard Attorneys PLC | n/a (trip cancelled) | n/a | case related travel that was ultimately cancelled | (reimbursement for airfare for a ticket that wasn't used) |
| 2. | Deloitte | April 2011 | Washington, DC | speaking | (parking) |
| 3. | Federal Bar Association | January 19-20, 2011 | Dallas, TX | Speaking | (meals, transportation, lodging) |
| 4. | Academy of Court-Appointed Masters | January 28-30, 2011 | New Orleans, LA | Conference | (meals, transportation, lodging) |
| 5. | Richard K. Herrmann Technology Inn of Court | January 2011 | Wilmington, DE | Inn of Court meeting | (meals, transportation, lodging) |
| 6. | American Bar Association | February 14-20, 2011 | San Francisco, CA | Meeting | (meals, transportation, lodging) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Facciola, John M.** | 06/13/2012 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. | New York Intellectual Property Law Association | March 23-24, 2011 | New York, NY | Dinner | (meals, transportation, lodging) |
| 8. | IQPC | May 7-11, 2011 | London, England (UK) | Conference | (meals, transportation, lodging) |
| 9. | The Sedona Conference | April 27-29, 2011 | Fort Lauderdale, FL | Conference | (meals, transportation, lodging) |
| 10. | Federal Circuit Bar Association | June 23-24, 2011 | Miami, FL | Annual Conference | (meals, transportation, lodging) |
| 11. | The Sedona Conference | October 6-7, 2011 | Austin, TX | Working Group Annual Meeting | (meals, transportation, lodging) |
| 12. | Pennsylvania Association of Criminal Defense Lawyers | November 18-19, 2011 | Philadelphia, PA | White Collar Practice | (transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | J |
| 2. | Master Card | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings and Money Market Accounts BB& T | C | Interest | L | T | | | | | |
| 2. Paine Webber Cash Fund | A | Interest | J | T | | | | | |
| 3. Federal Justice Credit Union | A | Interest | J | T | | | | | |
| 4. Fifth Third Capital Trust Preferred | A | Dividend | J | T | | | | | |
| 5. Wachovia Capital Trust Preferred | B | Dividend | | | Sold | 06/02/11 | K | A | |
| 6. ING Groep NV Perpetual Hybrid Cap PFD stock | B | Dividend | K | T | | | | | |
| 7. Lehman Bros Holding Inc Preferred Stock | | None | J | T | | | | | |
| 8. Lehman Bros Holdings Ind (II) Bond | | None | J | T | | | | | |
| 9. Prudential Financial Ind PFD Junior | B | Dividend | | | Sold | 10/26/11 | K | B | |
| 10. Pacific Frontiers Life Insurance Fund | | None | K | T | | | | | |
| 11. Invesco Mortgage Capital Inc | A | Dividend | J | T | | | | | |
| 12. United Development Funidng IV | A | Dividend | J | T | | | | | |
| 13. American Capital Agency Corp | B | Dividend | K | T | Sold (part) | 5/6/11 | J | A | |
| 14. Legent Insured Deposit Account | A | Interest | J | T | | | | | |
| 15. Penn Mutual Flexible Premium Variable Life Insurance | D | Interest | J | T | | | | | |
| 16. HSBC Bank USA NA US Indy Titans -CD | A | Interest | J | T | Buy | 01/26/11 | J | | |
| 17. Smart Trust Diversified Dividend | A | Interest | J | T | Buy | 05/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP Prudhoe Bay Royalty Trust | A | Interest | K | T | Buy | 06/02/11 | K | | |
| 19. Van Kampen Unit TR 1106 | A | Dividend | J | T | Buy | 7/27/11 | J | | |
| 20. Lockheed Martin | A | Dividend | | | Buy | 11/02/11 | J | | |
| 21. Smart Trust Enhanced Value 11 | A | Interest | J | T | Buy | 11/17/11 | J | | |
| 22. Telecom Italia Capital | A | Interest | K | T | Buy | 12/27/11 | K | | |
| 23. International Lease Finance | A | Interest | K | T | Buy | 12/14/11 | K | | |
| 24. Legend Insured Deposit Account | A | Interest | J | T | Open | 12/14/11 | J | | |
| 25. Lockheed Martin Corp. | A | Dividend | | | Sold | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Facciola, John M. | 06/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Facciola**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544